UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD EDWARD MCKEE,<br><br>        Defendant. | Case No. CR04-397-JLR<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 7, 2009. The United States was represented by Assistant United States Attorney Todd Greenberg for William Redkey, Jr., and the defendant by Jay Stansell for Robert Gombiner.

The defendant had been charged and convicted of Bank Robbery, in violation of 18 U.S.C. § 2113. On or about January 10, 2005, defendant was sentenced by the Honorable James L. Robart, to a term of forty-eight (48) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse programs, financial disclosure, search, no firearms, abstain from the use of alcohol, not incur

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

any new lines of credit or obtain a loan without prior approval, restitution in the amount of $6,532 to be paid during the period of supervision in monthly installments of not less than 10% of your gross monthly household income.

In a Petition for Warrant or Summons, dated January 20, 2009, U.S. Probation Officer Joe G. Mendez asserted the following violation by defendant of the conditions of his supervised release:

(1) Using methamphetamine on or before July 21, 2008, in violation of standard condition #7.

(2) Failure to submit required written reports for the months of June, July, August, September, October, November, December, 2008, in violation of standard condition #2.

(3) Failing to submit to drug testing on March, April, May, June, August, September, October, November, December, 2008, in violation of special condition #1.

(4) Failure to notify the probation officer ten days prior to any change in residence or employment, in violation of standard condition #6.

(5) Failing to pay restitution in the amount of $6,532.00, in violation of the special condition requiring the defendant to pay any unpaid amount during the period of supervision in monthly installments of not less than 10% of your gross monthly household income.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation number 1, 2, 3, 4 and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on April 27, 2009 at 10:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 7th day of April, 2009.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable James L. Robart
     AUSA:                   Mr. William Redkey, Jr.
     Defendant's attorney:   Mr. Robert H. Gombiner
     Probation officer:      Mr. Joe G. Mendez